# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                  Plaintiff,        Case No. 15-20642

v.                              Judith E. Levy
                                  United States District Judge

Mance Hardiman (D4),

                              Mag. Judge Mona K. Majzoub

                  Defendant.

_____/

## ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE [138]

This case is before the Court on Defendant Mance Hardiman's May 7, 2020 motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). On May 19, 2020, the United States informed the Court that the Bureau of Prisons approved Defendant for home confinement effective June 2, 2020. On June 2, 2020 the United States confirmed that Defendant had transitioned into home confinement. Accordingly, Defendant's May 7 motion is DENIED as moot.

IT IS SO ORDERED.

Dated: June 5, 2020           s/Judith E. Levy
Ann Arbor, Michigan       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 5, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager